JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYLING Y. GOMEZ FLORES, et al., | Case No. 5:25-cv-03558-SRM-MAR |
| Petitioners, | |
| v. | |
| JAMES JANECKA, et al., | **JUDGMENT** |
| Respondents. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, the Petition for Writ of Habeas Corpus is **GRANTED**.

**IT IS SO ORDERED.**

Dated: March 13, 2026

_____

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-